# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147633 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOE SIE BEAL,
        Defendant-Appellant.
_____/

SC: 147633
COA: 316066
Muskegon CC: 11-061068-FH

On order of the Chief Justice, the motion of defendant-appellant entitled "Motion to Set Aside Claim of Filing" is GRANTED. The application for leave to appeal is dismissed with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 12, 2013



Clerk